# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 18, 2017

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 16-2408, *Refaat Abul Hosn v. US Dept of State, Sec of State, et al*
Originating Case No. : 2:16-cv-11651

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Renee M. Jefferies
Case Manager
Direct Dial No. 513-564-7021

cc: Refaat F. Abul Hosn

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-2408

_____

Filed: October 18, 2017

REFAAT F. ABUL HOSN

    Plaintiff - Appellant

v.

UNITED STATES DEPARTMENT OF STATE, SECRETARY OF STATE, Colin Powell; COALITION PROVISIONAL AUTHORITY DIRECTOR, Paul Bremer

    Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 08/21/2017 the mandate for this case hereby issues today.

COSTS:  None